# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

JENNY R. FUDGE                                                                                      PLAINTIFF

v.                                    Case No. 4:25-CV-00667-BSM-JTK

Social Security Administration,                                                            DEFENDANT
*Commissioner*

## ORDER

Before the Court is Defendant's Unopposed Motion to Remand this case to the Commissioner for further administrative proceedings. (Doc. No. 8) Upon examination of the merits of this case, this Court grants the motion, reverses this case, and remands it to the Commissioner pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

SO ORDERED THIS 10th day of December, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE